# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 863 |
| | : | |
| APPOINTMENT TO THE CONTINUING | : | SUPREME COURT RULES DOCKET |
| LEGAL EDUCATION BOARD | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of December, 2020, Tuan M. Samahon, Esquire, Bucks County, is hereby appointed as a member of the Continuing Legal Education Board for a term of three years, commencing January 1, 2021.